# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AUTREY JOE HUBBARD, ) | |
|    ID # 18006108, ) | |
|       Plaintiff, ) | |
| vs. ) | No. 3:18-CV-653-L-BH |
| ) | |
| DALLAS COUNTY SHERIFF'S DEPT. ) | |
| JAIL STAFF, UTMB - PARKLAND ) | |
| HOSPITAL MEDICAL STAFF AT JAIL ) | |
|       Defendant. ) | Referred to U.S. Magistrate Judge |

## ORDER

By *Special Order No. 3-251*, this *pro se* prisoner case has been automatically referred for judicial screening. On April 27, 2018, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the plaintiff had failed to either pay the filing fee or file a motion for leave to proceed *in forma pauperis* (IFP). (*See* doc. 5.) On May 4, 2018, he filed an IFP motion. Because the plaintiff has now complied with the order of the Court, and the findings, conclusions, and recommendation for dismissal have not yet been accepted, they are hereby **VACATED**.

      **SIGNED this 7th day of May, 2018.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE